IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

XUCHUN LIN

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

The City of New York
(Fire Department of the City of New York)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Employment Discrimination**

Case No.  25-cv-3772-TAM
*(to be filled in by the Clerk's Office)*

Jury Trial:     ☐ Yes     ☒ No
                *(check one)*

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | XUCHUN LIN |
| Street Address | 121 N Montgomery ST |
| City and County | Valley Stream |
| State and Zip Code | NY, 11580 |
| Telephone Number | (347)977-8018 |
| E-mail Address | tigerlxcNY@gmail.com |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | The City of New York |
| Job or Title (if known) | c/o New York City Law Department |
| Street Address | 100 Church Street |
| City and County | New York |
| State and Zip Code | New York, 10007 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |

State and Zip Code     _____

Telephone Number     _____

E-mail Address     _____
(if known)

## C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is:

| | |
|---|---|
| Name | <u>Fire Department of New York</u> |
| Street Address | <u>9 Metro Tech Center</u> |
| City and County | <u>Brooklyn</u> |
| State and Zip Code | <u>NY, 11201</u> |
| Telephone Number | <u>(718)-999-2000</u> |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

    ☒    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

            *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

    ☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

            *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

    ☒    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

            *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐     Other federal law *(specify the federal law)*:

_____

☐     Relevant state law *(specify, if known)*:

_____

☐     Relevant city or county law *(specify, if known)*:

_____

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

    ☐    Failure to hire me.
    ☐    Termination of my employment.
    ☒    Failure to promote me.
    ☒    Failure to accommodate my disability.
    ☒    Unequal terms and conditions of my employment.
    ☒    Retaliation.
    ☒    Other acts *(specify)*: <u>Changed job nature and responsibilities negatively</u>

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

<u>12/06/2023, 12/08/2023, 06/21/2024, 11/22/2024, 12/04/2024</u>

4

C.    I believe that defendant(s) *(check one)*:

    ☐    is/are still committing these acts against me.

    ☒    is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

    ☐    race_____

    ☐    color_____

    ☐    gender/sex _____

    ☐    religion _____

    ☒    national origin <u>Non-Indian (Chinese)</u>

    ☐    age. My year of birth is _____. *(Give your year of birth only if you are asserting a claim of age discrimination.)*

    ☒    disability or perceived disability *(specify disability)*

    <u>Mental Disability</u>

E.    The facts of my case are as follows.  Attach additional pages if needed.

# Background

## 1. Plaintiff's Qualifications and Employment History

Plaintiff holds dual master's degrees: a Master of Computer Science and a Master of Public Administration. Plaintiff also possesses several industry-recognized certifications, including the "ServiceNow System Administrator" credential, which is required for the position at issue. Plaintiff has successfully completed multiple professional tasks, including those performed at the Fire Department of the City of New York ("FDNY").

## 2. Appointment and Civil Service Status

Plaintiff joined the Information Technology Unit, Bureau of Technology and Data Services ("BTDS") of the FDNY in July 2018 as a Computer Software Specialist IV. After one year, Plaintiff obtained permanent civil service status to the position of Computer Software Specialist IV, which is the highest technical rank for Computer Specialist as defined by the job specifications established and published by the New York City Department of Citywide Administrative Services ("DCAS").

## 3. Organizational Structure

At the time of Plaintiff's appointment, the head of BTDS was Benny Thottam, who served in that role from 2015 until December 2024. Mr. Thottam, of Indian descent, trained and promoted another Indian employee, Kamaldeep Deol, as his successor. Ms. Deol relies on the unit's Application Architect group, where more than 50% of staff were also of Indian descent, resulting in a pattern of homophily in promotions and assignments.

**Page 5 of 10**

### 4. Relevant Prior Litigation

- On December 1, 2017, a class action lawsuit alleging discrimination under Title VII of the Civil Rights Act was filed representing the staff at the Plaintiff's unit against the City of New York in federal court (Case No. 1:17-cv-09447-JPO).
- On September 30, 2022, Plaintiff filed a disability discrimination lawsuit in the United States District Court for the Eastern District of New York. That case was settled and closed on November 14, 2023.

## Facts After Settlement

### 1. Project Cancellation and Exclusion (December 6, 2023)

On or about December 6, 2023, Plaintiff's manager, Karen Shearly, canceled a project that Plaintiff had successfully developed and presented after approximately eight months of work, despite positive feedback. Ms. Shearly stated the cancellation was due to "business changes." Following this, Plaintiff was excluded from daily team assignments.

### 2. Retaliatory Write-Up Notice (December 8, 2023)

On or about December 8, 2023, Plaintiff's manager, Karen Shearly, convened a meeting with Plaintiff and the Deputy Unit Head of the Bureau of Technology and Data Services (BTDS). During this meeting, Plaintiff was notified that he would be issued a written violation notice ("Write-Up") on the grounds of alleged insubordination. The stated basis for this disciplinary action was Plaintiff's reference to having obtained a new technical qualification, as well as an alleged failure to comply with oral instructions during a prior meeting.

### 3. Failure to Accommodate and Assignment Removal (June 21, 2024)

On or about June 21, 2024, following a series of hostile actions (including phishing email incidents and asked Plaintiff to sit inside a narrow cubicle with another colleague—a condition that caused Plaintiff to feel severe discomfort and nearly vomit), Plaintiff's manager, Karen Shearly, disregarded Plaintiff's approved reasonable accommodation to receive work instructions in writing. Instead, Ms. Shearly reprimanded Plaintiff via Microsoft Teams messages and removed Plaintiff's assigned duties. The following Monday, Plaintiff took sick leave and reported these violations, as well as potential corruption, to FDNY senior management by email.

### 4. Further Insult and Exclusion (November 22, 2024)

On or about November 22, 2024, Plaintiff was subjected to additional insult after requesting work assignments.

### 5. Improper Performance Evaluation Procedure (December 4, 2024)

On or about December 4, 2024, Ms. Shearly demanded that Plaintiff sign the "Tasks and Standards for Performance Evaluation" form under threat of discipline, despite the standard practice being to sign at the beginning of the year.

## Facts Relevant to Pattern of Retaliation and Support for Current Claims

Plaintiff respectfully submits that, although the following incidents occurred prior to the previous settlement, they are referenced herein solely to demonstrate a continuing pattern of retaliatory conduct, to provide relevant background under different legal statutes, and to support Plaintiff's current claims as evidence of motive, intent, and context.

- These facts are cited under different legal statutes than those resolved by the prior settlement.
- They are employed as supporting facts and evidence relevant to the present claims.
- They illustrate a longstanding pattern of retaliation by Defendant.

### 1. FDNY EEO (Equal Employment Office) Attorney Investigation Participation (November 5, 2020)

On or about November 5, 2020, an FDNY Equal Employment Opportunity (EEO) attorney sent an email to Plaintiff concerns regarding that "Indian staff team up to bully." Plaintiff subsequently participated in the related EEO investigation.

### 2. Unaddressed Requests for Support (December 8, 2020)

On or about December 8, 2020, Plaintiff sent an email to FDNY management seeking clarification and assistance regarding relevant technologies and working conditions. Plaintiff did not receive any substantive response or assistance for over two months.

### 3. Reporting Unworkable Working Conditions (February 24, 2021)

On or about February 24, 2021, Plaintiff reported problematic server conditions to FDNY management, providing a clear screenshot as supporting evidence.

### 4. Disciplinary Action Launching for Morning Call (March 5, 2021)

On or about March 5, 2021, Plaintiff received notice that the FDNY had initiated disciplinary proceedings against him. The stated basis was Plaintiff's 8:55 am morning call to supervisor Kira Lee, which was alleged to violate a directive prohibiting Plaintiff from contacting other members outside of normal business hours, despite FDNY's normal business hours beginning at 8:00 am.

### 5. Negative Performance Evaluation with Derogatory Comments (April 4, 2022)

On or about April 4, 2022, Plaintiff received a failed performance evaluation for the year 2021 containing comments that were derogatory and slur in nature.

*These facts are presented to establish context, demonstrate a persistent retaliatory environment, and support Plaintiff's current claims under applicable federal statutes.*

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

Page **7** of **10**

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

03/04/2025

B.    The Equal Employment Opportunity Commission *(check one)*:
**U.S. Department of Justice Civil Rights Division**

☐    has not issued a Notice of Right to Sue letter.

☒    issued a Notice of Right to Sue letter, which I received on *(date)*
04/16/2025                                                                                 .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

i.    Award Plaintiff all economic damages and compensation for career loss resulting from Defendant's unlawful treatment, including but not limited to lost wages, benefits, and any diminution in future earning capacity;

ii.    Order the revocation of any and all unlawful decisions, violation(s) made against Plaintiff by the Information Technology Unit (BTDS) of the FDNY;

iii.    Award Plaintiff compensatory damages for psychological distress and emotional harm suffered by Plaintiff and Plaintiff's family members as a result of Defendant's unlawful conduct;

iv.    Award Plaintiff the costs of this action, including reasonable attorney's fees, as permitted by law;

v.   Order the Information Technology Unit (BTDS) of the FDNY to comply with all applicable federal, state, and local laws prohibiting discrimination, retaliation, and failure to accommodate;

vi.  Grant such other and further relief as the Court deems just and proper.

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: **07/08** , 2025 .

Signature of Plaintiff _____

Printed Name of Plaintiff   XUCHUN LIN _____

### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF NEW YORK

**Xuchun Lin,**

Plaintiff,

v.

**The City of New York (Fire Department of the City of New York),**

Defendant.

# Statement of Plaintiff

Your Honor:

This action is brought not only on behalf of myself and my family, but also on behalf of countless individuals who, like me, seek equal opportunity and the rights to which they are entitled. Through this litigation, I aim to ensure that all employees are afforded fair treatment and the chance to contribute fully to the organization and to society. Furthermore, this case serves to assist the Fire Department of the City of New York (FDNY) in identifying and addressing systemic issues related to discrimination, thereby fostering a more equitable and inclusive workplace for all.

**Plaintiff's Job Nature and Responsibilities**

Plaintiff holds the position of Computer Specialist (Software), Assignment Level IV, as defined by the New York City Department of Citywide Administrative Services (DCAS). The nature and responsibilities of this role are as follows (Exhibit 9):

- **Senior-Level Technical Authority:**
  Plaintiff serves as an in-house expert and authority in highly complex and specialized areas of software systems and information technology, with the broadest scope for independent initiative and judgment.

- **Project Leadership and Coordination:**
  Responsible for coordinating multiple ongoing projects of extraordinary technical complexity, often spanning multiple areas of information processing technology.

- **Systems Analysis and Oversight:**
  Holds senior-level technical responsibility for extremely complex and ongoing software functions, including:

- **Supervision:**
  May supervise a unit or units engaged in work related to the aforementioned complex software functions.

- **Directing Major Undertakings:**
  Directs major undertakings that run in a large multi-mainframe data center and/or an environment of distributed processing systems combining numerous types of hardware and software.

**Proof of Retaliation**

- **Documented Protected Activities:**

  o Plaintiff participated in an investigation conducted by the FDNY Equal Employment Opportunity Office (EEO) regarding allegations of "teaming up with Indian staff to bully." (Exhibit 11).

  o Plaintiff requested disability accommodations and filed formal complaints and lawsuits.

  o Written complaints and email records exist showing Plaintiff's engagement in these protected activities.

- **Adverse Actions Following Protected Activities:**

  o Plaintiff experienced project cancellation, exclusion from assignments, disciplinary write-ups notice (Exhibit 5), removal of duties, and improper performance evaluation procedures(Exhibit 7), including threats of discipline(Exhibit 7),, after engaging in protected activities.

  o These actions are materially adverse and would likely deter a reasonable employee from asserting their rights.

2

- **Temporal Proximity and Pattern:**

  - The adverse actions occurred shortly after Plaintiff's protected activities, establishing a strong temporal link.

  - The timing and sequence of events support the inference that the protected activities were the motivating factor for the adverse actions.

**Proof of Failure to Accommodate Disability**

- **Qualification and Accommodation Request:**

  - Plaintiff's medical documentation, employment records, and industry certifications confirm he is a qualified individual with a recognized disability.

  - Plaintiff submitted a formal, written request for a reasonable accommodation (specifically, to receive work instructions in writing(Exhibit 10).

  - FDNY issued an official accommodation grant letter, acknowledging both the disability and the accommodation request.

- **Failure to Implement Accommodation:**

  - Despite the grant letter, Plaintiff's supervisors repeatedly disregarded the accommodation, relied on oral instructions as a pretext, and reprimanded and insulted Plaintiff. (Exhibit 5) (Exhibit 4, p.14)

  - Email correspondence and internal messages (e.g., Microsoft Teams chats) show management's repeated neglect.

  - Furthermore, rather than providing the required accommodation to Plaintiff, Defendant subjected Plaintiff to a hostile work environment(Exhibit 4, p.4,8), which undermined and distorted his performance.

- **Adverse Actions and Harm:**

  - Plaintiff was removed from tasks, excluded from meaningful assignments, and subjected to disciplinary action after requesting or attempting to use the accommodation (Exhibit 5) (Exhibit 4, p. 6, 12, 14).

3

o   Documentation shows a direct link between the denial of accommodation and these adverse employment actions.

- **Contemporaneous Documentation:**

    o   Microsoft Teams chats, dated emails, meeting notes, and accommodation letters establish a clear timeline of requests, employer responses, and resulting harm.

## Proof of Title VII Violation

- **Circumstantial and Statistical Evidence of Disparate Treatment:**

    o   In or about May 2024 and the first part of June 2024 (specifically, June 1 through June 9, 2024),Plaintiff, who is of non-Indian national origin, was assigned zero (0) work assignments, while an Indian colleague with the same job role received sixteen (16) work assignments[9] (Exhibit 4, p.6).

    o   Plaintiff was assigned responsibility for only one (1) test server as System Administrator, whereas an Indian colleague was assigned three (3) servers (To be obtained through discovery), despite both holding comparable qualifications and identical job responsibilities.

    o   The managers, consistently sided with Indian staff in conflicts(Exhibit 8) (Exhibit 13), even when Plaintiff had valid grounds. These statistical disparities strongly indicate disparate treatment based on national origin.

- **Management Communications Demonstrating Bias:**

    o   Management emails exist referencing "Indian staff teaming up to bully," further evidencing a workplace environment in which Plaintiff was subjected to exclusion and hostility on the basis of national origin.

- **Adverse Actions Following Protected Activity:**

    o   After Plaintiff reported discrimination and/or requested reasonable support, Plaintiff received negative performance evaluations(Exhibit 12)  and was excluded from projects.

4

- o Plaintiff was assigned to problematic projects without proper working conditions (Exhibit 14) or reasonable support, making it unreasonably difficult to perform assigned duties.

- o In conflicts, management consistently favored Indian staff, and after Plaintiff reported these unlawful practices, management labeled Plaintiff as "disruptive."

- o Such actions constitute retaliation for engaging in protected activities under Title VII and further close the causal gap required to prove retaliation.

- **Intersection with Disability and Retaliation:**

  - o While FDNY managers claimed to have treated other disabilities appropriately, the combination of adverse treatment on the basis of national origin and disability demonstrates a pattern of unfavorable and adverse actions, further supporting the Title VII claim.

- **Need for Investigation of Managerial Conduct:**

  - o There is reason to believe that management may have concealed or excused the misconduct of Indian staff members and that the manager selected Plaintiff to be the victim for the problematic project. Plaintiff respectfully requests that this matter be thoroughly investigated as part of these proceedings.

**Summary:**

The above facts and evidence demonstrate that Plaintiff was subjected to disparate treatment, a hostile work environment, and retaliation on the basis of national origin, in violation of Title VII.

**Losses and Damages**

As a direct result of Defendant's unlawful conduct, Plaintiff has suffered substantial economic loss, career harm, emotional distress, and reputational damage. In comparison to colleagues who joined the FDNY at a similar time and held comparable positions, Plaintiff's advancement career has been significantly hindered; for example, a peer has since been promoted to Deputy Director, while Plaintiff has been denied similar opportunities for progression.

The Plaintiff has also suffered reputational harm, including as a result of a negative performance evaluation for the year 2021, in which the Plaintiff's manager characterized the Plaintiff's work as "superficial and deceptive." (See Exhibit 12, Section 5). This language is defamatory in nature and is in marked contrast to the evaluations received by other colleagues engaged in the same project. Furthermore, certain comments in the evaluation appear to target the Plaintiff's medical symptoms, which constitutes a slur.

Plaintiff's losses include, but are not limited to, lost wages, lost opportunities for advancement, psychological harm, and ongoing distress, all directly attributable to Defendant's discriminatory and retaliatory actions.

**Statutory Violations**

Plaintiff respectfully alleges that Defendant has violated the following federal statutes, with Title VII presented first:

**I. Title VII of the Civil Rights Act of 1964 (42 U.S.C. § 2000e et seq.)**

- **National Origin Discrimination:**
  Plaintiff, who is of non-Indian national origin, was treated less favorably than similarly situated Indian-origin employees. Defendant has engaged in unlawful employment practices by discriminating against Plaintiff with respect to the terms, conditions, and privileges of employment, including but not limited to disparate assignment of work, exclusion from projects, and negative performance evaluations, in violation of 42 U.S.C. § 2000e-2(a).

- **Retaliation:**
  Defendant has retaliated against Plaintiff for engaging in protected activities, including participating in FDNY EEO investigations and requesting compliance with Title VII, by subjecting Plaintiff to adverse employment actions such as negative performance evaluations and exclusion from assignments, in violation of 42 U.S.C. § 2000e-3(a).

**II. Americans with Disabilities Act (ADA), 42 U.S.C. § 12101 et seq.**

- **Failure to Accommodate (Title I):**
  Defendant failed to provide reasonable accommodations to Plaintiff, a qualified individual

6

with a disability, despite being aware of Plaintiff's needs and a formal accommodation request, in violation of 42 U.S.C. § 12112(a).

- **Retaliation (Title V):**
  Defendant retaliated against Plaintiff for requesting accommodations and asserting rights under the ADA by creating a hostile work environment, removing duties, launching improper evaluation procedures against Plaintiff, and otherwise subjecting Plaintiff to adverse actions, in violation of 42 U.S.C. § 12203(a).

**Summary Table of Statutory Violations**

| Statute | Type of Violation | Description of Conduct |
|---|---|---|
| Title VII | National Origin Discrimination | Disparate assignments, exclusion, negative evaluations |
| Title VII | Retaliation | Adverse actions after protected activity |
| ADA (Title I) | Failure to Accommodate | Disregard of reasonable accommodation for disability |
| ADA (Title V) | Retaliation | Adverse actions after ADA-protected activity |

Plaintiff respectfully requests that the Court recognize these statutory violations as the basis for the relief sought in this action.

Sincerely,

Xuchun Lin

**List of Exhibits and Supporting References:**

The following exhibits and references are submitted in support of Plaintiff's claims and may be cited throughout the pleadings and supporting documents:

| Exhibit Number | Description |
|---|---|
| Exhibit 1 | DOJ "RIGHT TO SUE" Letter |
| Exhibit 2 | EEOC Notice of DOJ Transmittal |
| Exhibit 3 | Charge Letter to EEOC |
| Exhibit 4 | Evidence & Proof Submitted to EEOC |
| Exhibit 5 | Email to FDNY Legal Officer on "McDonnell Douglas Framework to prove my claim RE: Compliance to the Title VII of the Civil Rights Act" |
| Exhibit 6 | Email to FDNY Senior Managers on "EEO Accommodation Terms Violation and Possible Corruption" |
| Exhibit 7 | Email from Supervisor Regarding Request for "Tasks and Standards 2024" |
| Exhibit 8 | Email with Supervisor on Biases and EEO Violation |
| Exhibit 9 | Computer Software Specialist Job Specifications defined by the New York City DCAS |
| Exhibit 10 | Accommodation Grant Letter from FDNY EEO |
| Exhibit 11 | Email from FDNY EEO Attorney Regarding Allegation of Group Bullying by Indian Staff |
| Exhibit 12 | Performance Evaluation 2021 |
| Exhibit 13 | Email Reporting the Unworkable Platform Proof |
| Exhibit 14 | Unworkable Platform Proof |

 Gmail

Exhibit 1

xuchun Lin <tigerlxcny@gmail.com>

## Response: Your Civil Rights Division Report - 597130-KZF from the Employment Litigation Section

**DOJ Civil Rights - Do Not Reply** <civilrightsdonotreply@mail.civilrights.usdoj.gov>    Wed, Apr 16, 2025 at 10:13 AM
Reply-To: civilrightsdonotreply@mail.civilrights.usdoj.gov
To: tigerlxcny@gmail.com



U.S. Department of Justice
**Civil Rights Division**                          | civilrights.justice.gov

597130-KZF

**NOTICE OF RIGHT TO SUE WITHIN 90 DAYS**

Apr 16, 2025

31C-2023-01076 31C-2023-01076

tigerlxcny@gmail.com

Re:    31C-2023-01076 31C-2023-01076 v. tigerlxcny@gmail.com, et al.,
EEOC Charge No. 520-2025-01401

Dear 31C-2023-01076 31C-2023-01076,

You are receiving this notice because you filed the above charge(s) with the Equal Employment Opportunity Commission (EEOC), and you or your attorney specifically requested this notice.

Because either 180 days have passed since you filed the above charge(s), or because the EEOC has determined that it will not be able to conclude its administrative process within 180 days of the date it assumed jurisdiction of the charge(s), you are hereby notified that you have the right to file a lawsuit commencing a civil action based on the charge(s) under the following statute(s):

- Title VII of the Civil Rights Act of 1964, 42 USC. 42 U.S.C. § 2000e, et seq.

- Title I of the Americans with Disabilities Act, 42 U.S.C. § 12111, et seq.

If you decide to file a lawsuit under the statute(s) identified above, **you must file it in the appropriate court within 90 days of receiving this Notice**. This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether your charge is meritorious. If you haven't already, you may want to consult with a private attorney of your own choosing and expense.

If you have questions or wish to inspect the investigative file pertaining to this matter, please address your inquiry to the following EEOC office: New York District Office. Contact information for this office can be located at https://www.eeoc.gov/field-office/newyork/location.

Sincerely,

Complaint Referral Unit
Employment Litigation Section
Civil Rights Division

## Contact

civilrights.justice.gov

 mail U.S. Department of Justice
Civil Rights Division
950 Pennsylvania
Avenue, NW
Washington, D.C. 20530-0001

 phone (202) 514-3847
1-855-856-1247 (toll-free)
Telephone Device for the Deaf
(TTY) (202) 514-0716

Exhibit 2

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**New York District Office**
33 Whitehall St, 5th Floor
New York, NY 10004
(929) 506-5270
Website: www.eeoc.gov

Mr. Xuchun Lin
121 N Montgomery St
VALLEY STREAM, NY 11580

Re:    Mr. Xuchun Lin v. NYC FIRE DEPARTMENT (FDNY)
       EEOC Charge Number: 520-2025-01401

Dear Xuchin Lin:

The U.S. Equal Employment Opportunity Commission has received your request for a Notice of Right to Sue in the above referenced charge.

Your request has been forwarded to the U.S. Department of Justice (DOJ) for action. That Agency will act on your request and issue the Notice directly to you.

If you have any questions, please call this office at (929) 506-5270.

On Behalf of the Commission:

Digitally Signed By:Elizabeth Rader
03/06/2025

Elizabeth Rader
Acting District Director

CC:

Exhibit 23

**Xuchun Lin**

121 N Montgomery Street

Valley Stream, NY 11580

March Fourth, 2025

**Equal Employment Opportunity Commission**

New York District Office

33 Whitehall Street, 5th Floor

New York, NY 10004

Re: Request for Notice of Right to Sue - Charge No. 520-2025-01401

Dear Sir/Madam,

I am writing to formally request a Notice of Right to Sue letter regarding my charge of discrimination filed with the EEOC on 12/01/2024 against my current employer FDNY (Fire Department of New York). My charge number is 520-2025-01401.

1. **The details of my allegation are as follows:**

> 1)  On 11/22/2024, when I asked the job to do, My current manager Karen Shearly insulted me by stating: Spending more effort to ask me to do the job than to do it by herself. At the same time, Karen allocated most of the jobs to the Indian colleague Prinesh Somasundaram who shared the same job role in the team and more working resources than me

> 2)  On 06/21/2024, my current supervisor Karen Shearly cut my work opportunity, insulted my work by telling me that I told you… . It violated the accommodation that EEO@FDNY provided to me (have work instructions provided in writing.). This accident was followed by harassment to me on 06/11/2024 (email phishing) from my unit and 06/20/2024 hostile treatment from my current supervisor (asked me to sit inside a narrow cubic with another person, before, I told her "I am very uncomfortable that two person sit in the narrow cubic with ", I got nearly vomit)

> 3)  On 12/08/2023 (Friday), my current supervisor Karen Shearly scheduled a meeting: my supervisor, Deputy Unit Head and me. The deputy unit head told me I got the write-

up for insubordination based on the fact I stated in a meeting that I got a new technical qualification. When I asked for accommodation, the deputy unit head stated no change for the write-up decision.

4)    On 04/04/2022, my previous supervisor Kira Lee gave me an unjustly failed Performance Evaluation (1 out of 5, 3 is pass) for the Year 2021 regarding to a problematic project. The related project began around 2017. I engaged that project during the time period from June of 2020 to Feb of 2021, they failed to provide me workable working conditions (File Server) which was related to the Indian colleague Naresh.

5)    On 03/05/2021, FDNY launched a disciplinary action against me. The excuse was proved to be a pretext, (They stated I called the manage at 08:55 am in the morning violated their instruction against me: prohibit me calling colleague out of business hour, and FDNY work time begins from 8am in the morning)

The item 4 and item 5 were part of a lawsuit for case 1:22-cv-05851 at the New York Eastern District Court. The case was settled and closed in November of 2023. However, my unit at FDNY continued to violate my legal rights.

## 2. Base

This action was based on my protected characteristic (Mental disabilities) and protected activities (lawsuit against FDNY)

## 3. Additional key details about the discriminatory incident

1) I am a qualified professional. I have the exact professional qualification granted by the industry for my current job role. I have successfully done multiple works, even the manager Karen herself and the other consultant gave me positive feedback on those works. However, they cancelled my two big works (one has been done for eight months, one has been done for around half a year) for their reasons.

2) The 06/21/2024 incident is clear to show FDNY violated the accommodation term for me and the hostility to me

3 ) My unit at FDNY distort my job performance

My current supervisor Karen Shearly assigned the job to me rarely in 2024, keeping me idle most of the time. Furthermore, once Karen assigned the job to me, she asked me to deliver in short time period and produced distraction in the middle

4) Race favoritism and nepotism:

   The Indian staff got more favorable opportunities and conditions to work and promote.

5) The managers of my unit at FDNY Retaliated me after the protected activities, their doing hinder me to perform job negatively

**I believe the managers' actions are misconducts of Abuse of Authority, they have violated**

1) Americans with Disabilities Act Amendments Act (ADAAA) , Title I employment
2) Title VII of the Civil Rights Act of 1964

I understand that by requesting a Notice of Right to Sue at this time, the EEOC will discontinue its investigation of my charge. I am prepared to pursue my legal rights through a private civil action in federal court within 90 days of receiving the Notice of Right to Sue.

Please issue the Notice of Right to Sue letter at your earliest convenience. If you require any additional information, please contact me at  347-977-8018 or  tigerlxcNY@gmail.com

Thank you for your attention to this matter.

Sincerely,

Xuchun Lin

Enclosure: EEOC Charge Inquiry document  No: 520-2025-01401

Exhibit 4

# Contents

Background: ....................................................................................................................... 2

I.　　　BTDS failed to give me Same (Equal) opportunities ...................................................... 2

II.　　　BTDS failed to accommodate ...................................................................................... 3

III.　　　BTDS changed my employment terms, conditions, privileges after the protected activities .... 4

Loss: ................................................................................................................................. 4

　　Career loss ................................................................................................................. 4

　　Reputation damage ................................................................................................... 4

Causality Proving for Disability Discrimination claim: ........................................................ 5

Evidence ........................................................................................................................... 6

　　1)Tasks assigned ........................................................................................................ 6

　　2)Story assigned: ....................................................................................................... 7

　　3)Whole afternoon interactions on phishing email ................................................... 7

　　4)06/21/2024 Moring interactions between Karen and me ...................................... 14

　　5)No assignment ...................................................................................................... 15

According to the EEO (Equal Employment Opportunity), disability discrimination occurs when an employer or other entity covered by the Americans with Disabilities Act (ADA) treats a disabled employee unfavorably because of their disability.

For me, More specially, I continued to get the unfavorable treatments from BTDS (Bureau of Technology Development & Systems) of FDNY after my disability discrimination complaint

- BTDS failed to give me Same (Equal) opportunities
- BTDS failed to accommodate me
- BTDS changed my employment terms, conditions, privileges after the protected activities

## Background:

I was assigned as the System Administrator for ServiceNow Platform (S platform) in May 2022. BTDS operates S platform as the following: FDNY hires Thirdera Company (T company) and an onsite Consultant(P staff) who has the same working position as me as S platform System Administrator, and my current supervisor Karen Shearly oversees the daily works and tasks allocation related to S platform. The tasks related to the S platform are called "Story", "Work Request" etc., It doesn't matter if the P staff is the FDNY employee or Consultant (supplement staff), he shares the same job title as me. I took him to compare for working opportunities

## I.      BTDS failed to give me Same (Equal) opportunities

**Proof:**

1) The manager knew my disability
   My current manager stated to me she couldn't offer my civil service title job because of my situation, for multiple times, and she could obtain my disability information from her manager.
2) They failed to give me Same (Equal) opportunities
A. Obvious unequal Job distribution
   From May 2024, 16 stories were assigned to P staff, while I got 0 assigned (one story assigned and then taken back) . Those tasks assigned related to my growth opportunities, would affect my career.
B. Job Try after not successful first time
   P staff got many rounds of tried after first fail (or problem), while the manager took the task away from me after the problem (only one try to me)
C. Training opportunities or knowledge transfer opportunities
   P staff got training and knowledge transfer from T company, while I got none from May 2024. (I have limitation to contact with T company, the manager told to me it would cost BTDS money to communicate with T company)

2

**Besides the above**

    a.    My Email account not in the ServiceNow System Administrator group (BTDS assigned me as ServiceNow System Administrator, the manager should add my email account into group for the equal work opportunity)

    b.    Limited my talk during the week conference for status update (not allowed me to talk about my skill sets update)

The manager might state: P staff is the expert for S platform. Mr. Lin lacks knowledge and experience for S platform. This is purely *bullshit*. P staff is far from the expert of the S platform and I noticed many times P staff needed to do the study on the tasks and he had the chance to get knowledge transfer from T company. I got the S platform System Administrator certificate in September 2022 (exact qualification matching to the job position assigned from ServiceNow company); ServiceNow platform is Cloud based; The tasks are infrastructure related. I have Cloud, infrastructure technology skills too. In other words, It could be slightly better or slightly worse compared to current situations if I got job tasks equally assigned as the P staff.

## II.      BTDS failed to accommodate

On 06/10/2024, after multiple requests to assign the task after more than one month's idle, Karen assigned me the Story(task)(**Configure Workplace Reservation Management for BOT Scheduling**) which is based on Portal technology. I need some time to warm up and get familiar with the code library, on 06/21/2024, after I got the a series of unjust treatments, I told to Karen I need to report to the Senior Management:

    a.    Stressed me in half of the reasonable time:
        Karen told me on 06/18/2024: "I want to demo the workplace mgmt updates you are making early next week, so do you think you can have the updates done in dev1 by Thursday?"
        We could compare the similar job "TimeSheet Portal" assigned to P staff (Similar technologies, more than double time to him, allowed him to do the research, and got knowledge transfer from T company)

    b.    EEO office ever granted me an accommodation (**Have the work instructions providing in writing**), however, she insulted me "No interesting, wasting time" on my works for her written instructions, because I did her oral requests on the second according to Karen

    c.    In a hostile way. More than one month, she put me in idle, not task, after my repeated requests, she assigned me a task and asked me to finish in half of reasonable time (she said she need to make demo to the client), these ways are unhealthy and hostile, Besides, in the middle, several distractions occurred:

3

1.  Phishing emails sent to me related to Security team, Harassed me by asking me for training which was explained as sending in error (06/11/2024)

2.  June 19th holiday

3.  Asked me to sit into a narrow cubicle (two persons in a narrow cubicle) for another task. Before I told her it was very uncomfortable to me, she insisted,   after the session, I almost vomited.  (06/20/2024)

Deducting those distractions, I only worked on the task in less than one week

I did my best to control myself and did the job, in  the middle, I got an unexpected problem for the application, This is normal for engineering. The problem exposed earlier is better than exposed later.  However she was angry, so she took my job away by reassigning to another staff member.

This could show as an instance of unequal opportunities

## III.        BTDS changed my employment terms, conditions, privileges after the protected activities

a.   My current supervisor Karen stated directly to me for multiple times: She could not give me my title's job position

b.   Working conditions and working opportunities assigned to me are from the bottom

## Loss:

## Career loss

Compared with the staff who came to FDNY at a similar time with similar job positions, now he has been promoted as a Deputy director.  We can check the monetary loss and other related

## Reputation damage

They said Mr. Lin has problems because he couldn't work with both managers. However, I need to mention it is the systematic problem of BTDS.

4

**Besides the above**

    a.    My Email account not in the ServiceNow System Administrator group (BTDS assigned me as ServiceNow System Administrator, the manager should add my email account into group for the equal work opportunity)

    b.    Limited my talk during the week conference for status update (not allowed me to talk about my skill sets update)

The manager might state: P staff is the expert for S platform. Mr. Lin lacks knowledge and experience for S platform. This is purely ***bullshit***. P staff is far from the expert of the S platform and I noticed many times P staff needed to do the study on the tasks and he had the chance to get knowledge transfer from T company. I got the S platform System Administrator certificate in September 2022 (exact qualification matching to the job position assigned from ServiceNow company); ServiceNow platform is Cloud based; The tasks are infrastructure related. I have Cloud, infrastructure technology skills too. In other words, It could be slightly better or slightly worse compared to current situations if I got job tasks equally assigned as the P staff.

## II.    BTDS failed to accommodate

On 06/10/2024, after multiple requests to assign the task after more than one month's idle, Karen assigned me the Story(task)(**Configure Workplace Reservation Management for BOT Scheduling**) which is based on Portal technology. I need some time to warm up and get familiar with the code library, on 06/21/2024, after I got the a series of unjust treatments, I told to Karen I need to report to the Senior Management:

    a.    Stressed me in half of the reasonable time:
        Karen told me on 06/18/2024: "I want to demo the workplace mgmt updates you are making early next week, so do you think you can have the updates done in dev1 by Thursday?"
        We could compare the similar job "TimeSheet Portal" assigned to P staff (Similar technologies, more than double time to him, allowed him to do the research, and got knowledge transfer from T company)

    b.    EEO office ever granted me an accommodation (**Have the work instructions providing in writing**), however, she insulted me "No interesting, wasting time" on my works for her written instructions, because I did her oral requests on the second according to Karen

    c.    In a hostile way.  More than one month, she put me in idle, not task, after my repeated requests, she assigned me a task and asked me to finish in half of reasonable time (she said she need to make demo to the client), these ways are unhealthy and hostile, Besides, in the middle, several distractions occurred:

3

Case 1:25-cv-03772-RER-TAM

## Causality Proving for Disability Discrimination claim:

1) Those negative treatments occurred after my "Disability discrimination lawsuits"
2) My current supervisor Karen Shearly said multiple times "Because of my situation …."
3) Compare opportunities, resources, disputes handling with same job title staff without disabilities

# Evidence

## 1)Tasks assigned

P staff  Vs Lin (16 Vs 0)

From May 2024, 16 (10 + 6)  stories were assigned to P staff, while Lin got 0 (one on the screen, that has been done before May 2024 actually, and another story assigned and then took away)

## 2)Story assigned:

Monday, June 10

Shearly, Karen (FDNY)  6/10 2:57 PM
STRY0062026

6/10 2:56 PM
Got it, Thanks

Shearly, Karen (FDNY)  6/10 3:24 PM
assigned the story to you

6/10 3:26 PM

## 3)Whole afternoon interactions on phishing email

RE: [EXTERNAL] NYC Cyber Command - Required Phishing Training

Shearly, Karen (FDNY)
To  @ Lin, Xuchun (FDNY)

I have been through the training.

Karen M. Shearly, PMP

Manager Change, Configuration, Release, and Asset Management

Bureau of Technology Development & Systems

NYC Fire Department

karen.shearly@fdny.nyc.gov

phone:  718-999-0373

cell:  347-723-1667

**From:** Lin, Xuchun (FDNY) <Xuchun.Lin@fdny.nyc.gov>
**Sent:** Tuesday, June 11, 2024 4:16 PM
**To:** Shearly, Karen (FDNY) <Karen.Shearly@fdny.nyc.gov>; Mathur, Deepak (FDNY) <Deepak.Mathur@fdny.nyc.gov>
**Subject:** RE: [EXTERNAL] NYC Cyber Command - Required Phishing Training

According to the training material, Reading the email is not fault, otherwise no analyzing stuffs.  You could check the training slides ...

If reading email is fault, the whole landscape would  change.

Thanks,

Xuchun

7

**From:** Shearly, Karen (FDNY) <Karen.Shearly@fdny.nyc.gov>
**Sent:** Tuesday, June 11, 2024 4:13 PM
**To:** Lin, Xuchun (FDNY) <Xuchun.Lin@fdny.nyc.gov>; Mathur, Deepak (FDNY) <Deepak.Mathur@fdny.nyc.gov>
**Subject:** Re: [EXTERNAL] NYC Cyber Command - Required Phishing Training

Deepen only said the same thing I did. Your first mistake was opening the phishing email.

Karen M. Shearly

CCRA Manager

Bureau of Technology Development and Systems

NYC Fire Department

Karen.Shearly@fdny.nyc.gov

Phone: 718-999-0373

Cell: 347-723-1667

Sent from my iPhone

---

**From:** Lin, Xuchun (FDNY) <Xuchun.Lin@fdny.nyc.gov>
**Sent:** Tuesday, June 11, 2024 4:00:21 PM
**To:** Mathur, Deepak (FDNY) <Deepak.Mathur@fdny.nyc.gov>; Shearly, Karen (FDNY) <Karen.Shearly@fdny.nyc.gov>
**Subject:** RE: [EXTERNAL] NYC Cyber Command - Required Phishing Training

Thanks Deepack.

This is a serious issue. I got harassed. From the legal ground

1. I got targeted.

2. I got the disparate treatment.

3. I was affected negatively (Time and Mood etc.,)

Thanks again.

Xuchun

Xuchun Lin

ServiceNow Certified System Administrator

8

BTDS - Computer Software Specialist IV

Fire Department of New York City

(718)999-0259 | Xuchun.lin@fdny.nyc.gov

**From:** Mathur, Deepak (FDNY) <Deepak.Mathur@fdny.nyc.gov>
**Sent:** Tuesday, June 11, 2024 3:56 PM
**To:** Lin, Xuchun (FDNY) <Xuchun.Lin@fdny.nyc.gov>; Shearly, Karen (FDNY) <Karen.Shearly@fdny.nyc.gov>
**Subject:** Re: [EXTERNAL] NYC Cyber Command - Required Phishing Training

Hi Xuchun,

You do not have to take the phishing training again. That was a mistake from OTI side

In the future, if you receive a phishing email, please report it via the Phish Alert button.

Regards

Deepak

---

**From:** Lin, Xuchun (FDNY) <Xuchun.Lin@fdny.nyc.gov>
**Sent:** Tuesday, June 11, 2024 3:18 PM
**To:** Shearly, Karen (FDNY) <Karen.Shearly@fdny.nyc.gov>
**Cc:** Mathur, Deepak (FDNY) <Deepak.Mathur@fdny.nyc.gov>
**Subject:** RE: [EXTERNAL] NYC Cyber Command - Required Phishing Training

I don't understand your saying. If I clicked the phishing button this morning, I became the victim again. 😊

I think I don't need the training. Right?

Thanks,

Xuchun

Xuchun Lin

ServiceNow Certified System Administrator

BTDS - Computer Software Specialist IV

9

Fire Department of New York City

(718)999-0259 | Xuchun.lin@fdny.nyc.gov

**From:** Shearly, Karen (FDNY) <Karen.Shearly@fdny.nyc.gov>
**Sent:** Tuesday, June 11, 2024 3:11 PM
**To:** Lin, Xuchun (FDNY) <Xuchun.Lin@fdny.nyc.gov>
**Cc:** Mathur, Deepak (FDNY) <Deepak.Mathur@fdny.nyc.gov>
**Subject:** Re: [EXTERNAL] NYC Cyber Command - Required Phishing Training

You have to click on the phishing button to report this. Next time you get one click on the button

Karen M. Shearly

CCRA Manager

Bureau of Technology Development and Systems

NYC Fire Department

Karen.Shearly@fdny.nyc.gov

Phone: 718-999-0373

Cell: 347-723-1667

Sent from my iPhone

---

**From:** Lin, Xuchun (FDNY) <Xuchun.Lin@fdny.nyc.gov>
**Sent:** Tuesday, June 11, 2024 3:09:26 PM
**To:** Shearly, Karen (FDNY) <Karen.Shearly@fdny.nyc.gov>
**Cc:** Mathur, Deepak (FDNY) <Deepak.Mathur@fdny.nyc.gov>
**Subject:** RE: [EXTERNAL] NYC Cyber Command - Required Phishing Training

No, I don't think so. If they say yes, please provide the proof on this this morning phishing email.

**From:** Shearly, Karen (FDNY) <Karen.Shearly@fdny.nyc.gov>
**Sent:** Tuesday, June 11, 2024 3:08 PM
**To:** Lin, Xuchun (FDNY) <Xuchun.Lin@fdny.nyc.gov>
**Cc:** Mathur, Deepak (FDNY) <Deepak.Mathur@fdny.nyc.gov>
**Subject:** Re: [EXTERNAL] NYC Cyber Command - Required Phishing Training

10

Did you click on the Phishing button to report it?

Karen M. Shearly

CCRA Manager

Bureau of Technology Development and Systems

NYC Fire Department

Karen.Shearly@fdny.nyc.gov

Phone: 718-999-0373

Cell: 347-723-1667

Sent from my iPhone

---

**From:** Lin, Xuchun (FDNY) <Xuchun.Lin@fdny.nyc.gov>
**Sent:** Tuesday, June 11, 2024 3:02:56 PM
**To:** Shearly, Karen (FDNY) <Karen.Shearly@fdny.nyc.gov>
**Cc:** Mathur, Deepak (FDNY) <Deepak.Mathur@fdny.nyc.gov>
**Subject:** FW: [EXTERNAL] NYC Cyber Command - Required Phishing Training

Karen,

The below is the harassment information.

I got the suspicious email this morning, I deleted it.

I did the training several weeks ago after I clicked the Phishing link. Today, I got the email, I deleted.

I think this is not a wise strategy. If the task could be expressed in the rules and steps, the machine(program) could do much better than human being. Thus, If we deployed an agent to do this kind of task, it would save lots of costs.

Supposed, Gmail, yahoo mail those kind of email service provider, how could they train hundreds of millions of user to prevent phishing attack.

Thanks for your attention.

Xuchun

11

Xuchun Lin

ServiceNow Certified System Administrator

BTDS - Computer Software Specialist IV

Fire Department of New York City

(718)999-0259 | Xuchun.lin@fdny.nyc.gov

**From:** NYC Cyber Command <no-reply@training.knowbe4.com>
**Sent:** Tuesday, June 11, 2024 2:54 PM
**To:** Lin, Xuchun (FDNY) <Xuchun.Lin@fdny.nyc.gov>
**Subject:** [EXTERNAL] NYC Cyber Command - Required Phishing Training

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Forward suspect email to phish@oti.nyc.gov as an attachment (Click the More button, then forward as attachment).



**Cyber Command**

Dear Xuchun Lin,

You have clicked on links in **six (6)** recent Citywide phishing simulations in 2024. This indicates that you have an elevated risk of becoming a victim of a real phishing attack. As per the City-wide Cybersecurity Awareness and Training Policy and Charter, you are required to complete the following brief mandatory training module immediately:

**Cybersecurity Awareness Training**

If you have any questions or comments, we'd love to hear from you. If you would like further assistance in how to better identify and report phish, we are happy to help.

Feel free to contact us at csat@oti.nyc.gov.

EEO complaints                                                                                    Lin@BTDS

**Additional Important program information**

- If you have not done so yet, please complete the 2024 Cybersecurity Awareness and Training curriculum. All training notifications are sent by KnowBe4 (no-reply@training.knowbe4.com) the NYC Cyber Command – Cybersecurity Awareness Training Unit's official training partner.

- Do not forward your training notifications. The links in these emails provide access to your personal training dashboard.

- If you have any issues accessing your training dashboard, please contact your agency's Service Desk.

Thank you,

NYC Cyber Command - Cybersecurity Awareness and Training Team

13

## 4)06/21/2024 Moring interactions between Karen and me



The last one from Karen indicated her oral instruction "I told you"

EEO complaints                                                                                          Lin@BTDS

6/21 10:09 AM

Karen, you are hostile to me at this case.

You could not use the public resource to torture me.

I told to your boss.

Shearly, Karen (FDNY) 6/21 10:11 AM
That's fine.

6/21 10:17 AM

You can ask other staff/consultant to back out my update set. Caused I am afraid other issues. Thanks.

Shearly, Karen (FDNY) 6/21 10:18 AM
I will reassign the story

6/21 10:24 AM

Ok, I will report the Sr. Management what I suffered.

Monday, July 08

---

I Stated "It is very uncomfortable to sit into P staff's cubic with P Staff"

Shearly, Karen (FDNY) 5/16 3:31 PM
I don't have any tasks to assign to you. You should be proactive and sit with Prinesh to see what he is working on. He can show you what he is doing with vulnerability response and discovery.

Prinesh will not assign you a task. you should see what he is working on and sit with him so you can learn more

Next time, if he has the meeting related to that, cc to me. Vulnerability response and discovery, these kinds of thing I have knowledge and Qualifications. Prinesh need to learn. 😊 BTW, sitting with Prinesh in his cubic is very uncomfortable experience 😊

Shearly, Karen (FDNY) 5/16 3:36 PM
That's not how it works and prinesh doesn't have to learn. I am not going to go through this with you again. Do what you want but Prinesh will not cc you or invite you to a meeting. You have to actively ask questions.

to see what he is doing. If you don't want to do this then I don't know what to tell you.

## 5)No assignment

RE: Any New Task(s)

Lin, Xuchun (FDNY)
To  ○ Shearly, Karen (FDNY)
Cc  ○ Thottam, Benny M. (FDNY); ○ Deol, Kamaldeep (FDNY)

Thanks anyway.

From: Shearly, Karen (FDNY) <Karen.Shearly@fdny.nyc.gov>
Sent: Tuesday, July 23, 2024 12:37 PM
To: Lin, Xuchun (FDNY) <Xuchun.Lin@fdny.nyc.gov>
Cc: Thottam, Benny M. (FDNY) <Benny.Thottam@fdny.nyc.gov>; Deol, Kamaldeep (FDNY) <Kamaldeep.Deol@fdny.nyc.gov>
Subject: RE: Any New Task(s)

Nothing at the moment.

Karen M. Shearly, PMP
Manager Change, Configuration, Release, and Asset Management
Bureau of Technology Development & Systems
NYC Fire Department
karen.shearly@fdny.nyc.gov
phone: 718-999-0373
cell: 347-723-1667

From: Lin, Xuchun (FDNY) <Xuchun.Lin@fdny.nyc.gov>
Sent: Tuesday, July 23, 2024 9:28 AM
To: Shearly, Karen (FDNY) <Karen.Shearly@fdny.nyc.gov>
Cc: Thottam, Benny M. (FDNY) <Benny.Thottam@fdny.nyc.gov>; Deol, Kamaldeep (FDNY) <Kamaldeep.Deol@fdny.nyc.gov>
Subject: Any New Task(s)

Good Morning Karen,

Let me know if you have any new task(s) for me.

Thanks,
Xuchun

From: Lin, Xuchun (FDNY)

15

 **Gmail**

## FW: McDonnell Douglas Framework to prove my claim RE: Compliance to the Title VII of the civil rights Act

**Lin, Xuchun (FDNY)** <Xuchun.Lin@fdny.nyc.gov>
To: "tigerlxcNY@gmail.com" <tigerlxcNY@gmail.com>

Wed, Dec 4, 2024 at 10:33 AM

**From:** Nguyen, Don H (FDNY) <Don.Nguyen@fdny.nyc.gov>
**Sent:** Wednesday, December 20, 2023 2:34 PM
**To:** Lin, Xuchun (FDNY) <Xuchun.Lin@fdny.nyc.gov>; Dannenberg, Barbara (FDNY) <Barbara.Dannenberg@fdny.nyc.gov>
**Subject:** RE: McDonnell Douglas Framework to prove my claim RE: Compliance to the Title VII of the civil rights Act

Hi Xuchin – thank you for your analysis. I will forward to the EEO Office.

Don

**From:** Lin, Xuchun (FDNY) <Xuchun.Lin@fdny.nyc.gov>
**Sent:** Wednesday, December 20, 2023 2:33 PM
**To:** Nguyen, Don H (FDNY) <Don.Nguyen@fdny.nyc.gov>; Dannenberg, Barbara (FDNY) <Barbara.Dannenberg@fdny.nyc.gov>
**Subject:** McDonnell Douglas Framework to prove my claim RE: Compliance to the Title VII of the civil rights Act

Thanks DC Nguyen.

Below I use the McDonnell Douglas Framework to prove my claim:

1. I was assigned as ServiceNow System Administrator, there is an on-site Consultant from India who has the same role with me. The manager knows this consultant is from India, and I am not from India.

2. I am qualified for the Job. I got the industry certified qualification of my job: ServiceNow Certified System Administrator

3. I got the adverse treatments:

a. This Indian consultant got more favorable treatments comparing with me: more working resources and more working opportunities compared with me for the role "ServiceNow System Administrator"

b. The manager "Karen Shearly" stated: This Indian consultant has more experience and knowledge than me. However, according to my observation, this is not true. I could provide some examples if required. Also, It violated my employee right (I held the Senior

technical title)

c. The manager "Karen Shearly" even used the two hands gesture to describe: my level is very low and the Indian staff's level is very high. This action/behavior is insulted which has crossed the red line.

d. On 12/08/2023 (Friday), Karen Shearly scheduled a meeting with Karen Shearly and Deputy BTDS Head Charles Jackson at 10:30am the same day. Charles Stated I got the **write-up** for insubordination based on the fact I stated in a meeting that I got a new

technical qualification. This is totally unjust treatment to me because I did my best to follow and implement the instructions from the managers, I did my best to stop my speaking after getting the instruction. During the session, I also explained the Physical

law for running and stopping. Charles scolded I should not run at all, this was another count to violate my right. I used the hand to help myself to express my opinion, Charles scolded again that I can't use my figure to point, Actually, I use the whole

hand as a gesture. Despite this hostile command, I took back my hand and controlled myself as much as I could. I asked for accommodation, Charles stated no change for the **write-up** decision.


I need to mention: Fight for equity and Rights I deserve is not insubordination.


Sincerely,

Xuchun Lin

BTDS - Computer Software Specialist IV

Fire Department of New York City

(718)999-0259 | Xuchun.lin@fdny.nyc.gov

---

**From:** Nguyen, Don H (FDNY) <Don.Nguyen@fdny.nyc.gov>
**Sent:** Tuesday, December 19, 2023 2:05 PM
**To:** Lin, Xuchun (FDNY) <Xuchun.Lin@fdny.nyc.gov>; Dannenberg, Barbara (FDNY) <Barbara.Dannenberg@fdny.nyc.gov>
**Subject:** RE: Compliance to the Title VII of the civil rights Act


Hi Xuchun – I've forwarded the below to the EEO Office for review.


Thanks

# Sincerely,

## Xuchun

Xuchun Lin

ServiceNow Certified System Administrator

BTDS - Computer Software Specialist IV

Fire Department of New York City

(718)999-0259 | Xuchun.lin@fdny.nyc.gov

 **Gmail**

xuchun Lin <tigerlxcny@gmail.com>

---

## FW: Acknowledgement of Tasks and Standards for 2024

---

**Lin, Xuchun (FDNY)** <Xuchun.Lin@fdny.nyc.gov>
To: Xuchun Lin <tigerlxcny@gmail.com>

Fri, May 16, 2025 at 2:43 PM

**From:** Shearly, Karen (FDNY) <Karen.Shearly@fdny.nyc.gov>
**Sent:** Wednesday, December 4, 2024 3:05 PM
**To:** Lin, Xuchun (FDNY) <Xuchun.Lin@fdny.nyc.gov>
**Cc:** Deol, Kamaldeep (FDNY) <Kamaldeep.Deol@fdny.nyc.gov>; Mathur, Deepak (FDNY) <Deepak.Mathur@fdny.nyc.gov>
**Subject:** Acknowledgement of Tasks and Standards for 2024

Xuchun,

I sent over the tasks and standards to you on Friday, 11/27.

Please return them to me by close of business Friday, 12/6.

Failure to do so will result in my contacting BITS.

Karen

Karen M. Shearly, PMP

Manager Change, Configuration, Release, and Asset Management

Exhibit 8

 **Gmail**

xuchun Lin <tigerlxcny@gmail.com>

---

## FW: Biases and EEO Violation

---

**Lin, Xuchun (FDNY)** <Xuchun.Lin@fdny.nyc.gov>
To: Xuchun Lin <tigerlxcny@gmail.com>

Fri, May 16, 2025 at 2:39 PM

**From:** Lin, Xuchun (FDNY)
**Sent:** Friday, March 14, 2025 11:37 AM
**To:** Shearly, Karen (FDNY) <Karen.Shearly@fdny.nyc.gov>
**Cc:** Tolani, Hilit (FDNY) <Hilit.Tolani@fdny.nyc.gov>
**Subject:** Biases and EEO Violation

Good Morning Karen,

I need to bring your attention on the following issues:

You assigned a task to me and stated you told me many times when I discussed with you.

Here are some issues:

1. When you assigned the task to me, you only stated the working objects/materials on the Story, you didn't describe what your need on the Story at all, also, when you assigned the job to me, you didn't give me necessary working conditions(access right) at that time.
2. Second day, when I found the problems, I discussed with you, you stated "I have told you many times". Those words are hostile, Let me explain:

    a. It would affect my emotion negatively
    b. Your instructions have problems, I need to explain and refine those requirements. Today, now I can confirm, your instructions would bring application malfunction: because there already exist some piece of codes there, If I recreate same steps under your instructions, menu would be duplicated, and/or email would be sent out twice etc., those are the reason I need to discuss with you.

Now I need to discuss the second issue: Why you favor Prinesh even he is wrong, I believe this task is related to Prinesh's doing:

Prinesh error

1. He didn't tell you the wrong he did
2. He is not aware of

I remembered, when I reported Server issue on Dev2 when I worked with Prinesh, you scolded me "Enough", after Several months, the problems were confirmed by another Consultant Walt

Now my latest task is related to Prinesh again, I told you he might do something wrong in the middle, and the instructions you gave have problems.

The unjustice derogatory words are discrimination, It makes me lose lots of opportunities I deserved.

I think you need to give me an explanation on those unjustice favors. BTDS has done too many wrong things on me, some of managers' behaviors lower FDNY moral standards.

Thanks for your attention.

Xuchun Lin

ServiceNow Certified System Administrator

BTDS - Computer Software Specialist IV

Fire Department of New York City

(718)999-0259 | Xuchun.lin@fdny.nyc.gov

C - XI                                          CODE NO.  13632
COMPUTER SOFTWARE
OCCUPATIONAL GROUP [296]


**COMPUTER SPECIALIST (SOFTWARE)** (continued)

**Assignment Level IV (See Special Note Under Qualification Requirements)**

Under minimum direction, with the broadest scope for the exercise of independent initiative and judgment, holds senior-level technical responsibility for extremely complex and ongoing software functions related to systems analysis, data administration, database management systems, operating systems, data communications systems, on-line applications, mobile applications, programming contingency planning, evaluation and selection of telecommunications, local area networks, computer hardware and software products, websites, and quality assurance functions. Routinely serves as in-house expert and authority in the aforementioned extremely complex and highly specialized areas. Coordinates multiple ongoing projects of extraordinary technical complexity, encompassing multiple areas of information processing technology. Directs major undertakings that run in a large multi-mainframe data center, and/or an environment of distributed processing systems combining numerous types of hardware and software. May supervise a unit or units engaged in work related to the aforementioned complex software functions. In the temporary absence of the supervisor, may perform the duties of that position.


**Qualification Requirements**

1.  A baccalaureate degree from an accredited college, including or supplemented by 24 semester credits in computer science or a related computer field and two years of satisfactory full-time computer software experience in computer systems development and analysis, applications programming, database administration, maintenance and support, systems programming, data communications, mainframe development, mobile development, web development and design, including one year in a project leader capacity or as a major contributor on a complex project; or

2.  A four-year high school diploma or its educational equivalent and six years of satisfactory full-time computer software experience as described in "1" above, including one year in a project leader capacity or as a major contributor on a complex project; or


R  05.20.2015                    PAGE 3 OF 4

C - XI                                                    CODE NO. 13632
COMPUTER SOFTWARE
OCCUPATIONAL GROUP [296]


## COMPUTER SPECIALIST (SOFTWARE) (continued)

### Qualification Requirements  (continued)

3. Education and/or experience equivalent to "1" or "2" above. College education may be substituted for up to two years of the required experience in "2" above on the basis that 60 semester credits from an accredited college is equated to one year of experience. A masters degree in computer science or a related computer field, or a certificate of at least 625 hours in computer programming from an accredited technical school (post high school), may be substituted for one year of the required experience in "1" or "2" above. However, all candidates must have at least a four-year high school diploma or its educational equivalent and at least one year of satisfactory full-time experience in a project leader capacity or as a major contributor on a complex project.


### Special Note

To be eligible for placement in Assignment Level IV, in addition to the Qualification Requirements stated above, individuals must have one additional year of satisfactory experience in a project leader capacity or as a major contributor on a complex project in data administration, database management systems, operating systems, data communications systems, capacity planning, and/or applications programming.


### Direct Lines of Promotion

**From:**  Computer Associate                    **To:**  Computer Systems
          (Software) (13631)                              Manager (M 10050)


R 05.20.2015                      PAGE 4 OF 4

Exhibit 10



FIRE DEPARTMENT
9 MetroTech Center. Brooklyn N. Y.  11201-3857

EQUAL EMPLOYMENT OPPORTUNITY
OFFICE

CONFIDENTIAL NOTICE

December 4, 2020

VIA E-MAIL (Xuchun.lin@fdny.nyc.gov)
Mr. Xuchun Lin

Re:     Reasonable Accommodation Grant Letter
        Case No.: 096/21RA
        ID#: 5361

Dear Mr. Lin:

This letter is in response to your November 17, 2020 request for an accommodation.  The Department is able to grant your accommodation.

You requested an accommodation to have your work instructions provided to you in writing. Upon consultation with your supervisors, it has been determined that your request can be granted.

Please be advised that your reasonable accommodation is subject to the ongoing business and operational needs of the Fire Department. You are also required to promptly notify the EEO Office if your medical condition changes such that you no longer require this accommodation or are unable to perform the essential duties of the position.

The Fire Department reserves the right to periodically review your accommodation and determine that you are adhering to the accommodation that you were granted. Please note that the granting of this accommodation does not relieve you of your obligation to comply with all Fire Department rules and regulations, including all other time and leave regulations

If you have any questions, please feel free to contact Kia Andrews, Assistant Disability Rights Coordinator at 347-436-6635.

                        Sincerely,


                        _____/s/_____
                        Hilit Tolani
                        Deputy Director
                        Equal Employment Opportunity Office


HT:ka

cc:     Yingyu Lee, Deputy Director, Application Development, BTDS
        Margie Dominguez, Deputy Director, Personnel Services, BTDS
        Christina Nowak, Deputy Director, Equal Employment Opportunity
        Valerie Loubriel, Disability Rights Coordinator, Equal Employment Opportunity

Exhibit 11

From: Harris, Adam M. (FDNY) <Adam.Harris@fdny.nyc.gov>
Sent: Thursday, November 05, 2020 1:13 PM
To: Lin, Xuchun (FDNY) <Xuchun.Lin@fdny.nyc.gov>
Subject: EEO Interview

Good Afternoon Mr. Lin,

It has been reported to the EEO Office that you expressed concern about ██████████ "teaming up with Indian people to bully" you. I would like to schedule a call to discuss this issue. How is your availability next week? Do you have some time to talk?

Thanks,

**Adam Harris**
Agency Attorney
Equal Employment Opportunity
(718) 999-0337
adam.harris@fdny.nyc.gov

Exhibit 12

## Performance Document - NYC Standard Performance Doc
## Tasks and Standards/Performance Evaluation

**Employee:**Xuchun Lin
**Civil Service Title:** COMPUTER SPECIALIST (SOFTWARE)
**Title Level:** 04
**Civil Service Status:** Permanent - Competitive
**Business Title:** COMPUTER SPECIALIST (SOFTWARE)
**Dept ID:** 0577520 Bureau of Tech Deve and Syst
**Work Location ID:** 1617 9 Metrotech Center, Brooklyn N
**Status:** Pending Acknowledgement

**Empl ID:** 1110201
**Title Entry Date:** 11/09/2009
**Period:** 01/01/2021 - 12/31/2021
**Supervisor:** YINGYU LEE
**Document ID:** 184272
**Document Type:** NYC Standard Performance Doc
**Template:** NYC Non-Mgr Perf Eval - Emp

## Section 1 - Instructions

### Tasks and Standards

Description :Tasks and Standards (T&S) provide a clear roadmap on the performance expectations on which you will be evaluated on an ongoing basis. Instructions: 1. Your supervisor will discuss T&S with you at the beginning of the evaluation period. 2. The T&S will be sent to you electronically for acknowledgement. 3. You will have access to review and/or print the final document at any time via Employee Self-Service.

Created By :    Template

### Performance Evaluations

Description :The performance evaluation document is used by supervisors to review employee's performance based on the job description, tasks and standards, attendance/punctuality (not including protected leaves such as FMLA leave, childcare leave, workers compensation leave, etc.), and other factors applicable to the job. This enables supervisors and employees to discuss employee's areas of strength, areas for improvement, and identify areas of development for employee's job and professional growth. Instructions: 1. At the end of the evaluation period, your supervisor will discuss and send the performance document to you electronically for review and acknowledgement, at which point you may record your comments on the evaluation form. 2. The performance document will be completed and finalized by your supervisor. 3. You have the ability to submit an appeal based on your agency's appeals process (contact your HR office for additional information). 4. You will have access to review and/or print the final document at any time via Employee Self-Service

Created By :    Template

## Section 2 - Tasks and Standards

### Application Design

Description :1. Create and present realistic prototypes of the application 2. Define the logic and flow of an application based on the design specifications. 3. Review the design with the end users to ensure that it thoroughly meets all requirements. the end users to ensure that it thoroughly meets all requirements.

**Supervisor Rating:** 1-Unsatisfactory        1.00

**Supervisor Comments:** Xuchun has been assigned several different projects including PCARD and APEX POCs. For the PCARD project, he had been instructed to follow the design as laid out by the project leads. Despite repeated reminders, he didn't follow instructions and kept attempting to change the design to something that was less optimal than the original.

Created By :   Template

Last Modified By :   YINGYU LEE        03/09/2022 5:13PM

## Application programming/building

Description :a. Accurately interpret program specifications and carry out programming tasks in a timely manner b. Able to perform complex programming following best programming standards c. Thoroughly test all aspects of development to ensure that products provided are as bug free d. Make self-available to help with any problems or issues that may arise

**Supervisor Rating:** 1-Unsatisfactory        1.00

**Supervisor Comments:** For the PCARD project, his programming work was completely unsatisfactory and unusable. as a result, the project got significantly delayed and couldn't be completed on time. It had to be re-assigned to other programmers. For the APEX POCs, he was unable to correctly understand the requirements or follow instructions given to him by the project lead. Despite repeated discussions, he kept disputing the requirements. as a result, out of the 5 POCs that were assigned to him, he managed to complete only one which was only 2-3 lines JavaScript.

Created By :   Template

Last Modified By :   YINGYU LEE

## Lead role in web application development and developers

Description :a. Should participate in all phases of the system development life cycle including performing systems analysis, requirement definition, database design, preparation of scope of work, and project plans. b. Should have the ability to prepare technical specifications and perform the necessary programming tasks for applications development. c. Projects will involve the design, development, implementation and support of complex Oracle based applications using Oracle Development tools. d. Well communicate with supervisor/project manager on project status or issues that arise.

**Supervisor Rating:** 0-Unratable          0.00

**Supervisor Comments:** Not applicable. He wasn't assigned any lead role in application or project during the evaluation period.

Created By : Template

Last Modified By : YINGYU LEE

## Application Maintenance

Description :a. Adequately document all changes and modifications b. Debug/resolve application problems for end users and/or other business units c. Meet with users to clearly identify problems or required modifications or enhancements

**Supervisor Rating:** 0-Unratable          0.00

**Supervisor Comments:** Not applicable since he didn't have any applications in production maintenance.

Created By : Template

Last Modified By : YINGYU LEE

## Task#5

Description :

**Supervisor Rating:** 0-Unratable          0.00

**Supervisor Comments:**

Created By : Template

## Task#6

Description :

**Supervisor Rating:** 0-Unratable          0.00

**Supervisor Comments:**

Created By : Template

Tasks and Standards Summary

**Supervisor Rating:** 1-Unsatisfactory                              1.00

## Section 3 - Attendance/Punctuality

Attendance/Punctuality

Description :How was Employee's Attendance/Punctuality during the entire Evaluation Period?

**Supervisor Rating:** Satisfactory

Created By :   Template

Attendance/Punctuality Summary

**Supervisor Comments:**

## Section 4 - Other Factors

Other Factors Summary

**Supervisor Comments:** Xuchun was on medical leave for 6 months from 4/5/2021 to 10/1/2021. The evaluation has been conducted for the period around that.

## Section 5 - Justify Overall Rating

Justify Overall Rating Summary

**Supervisor Rating:** 1-Unsatisfactory

**Supervisor Comments:** Xuchun's overall performance has been unsatisfactory. As per the project lead who worked with him, here's the feedback on his performance and behavior: - Development process extremely slow - Difficulty understanding requirements - Implementations were superficial and deceptive - Code has side effects - Requires extensive guidance - No cooperative in the teamwork execution - Disrespectful to other coworkers and none professional manner

## Section 6 - Acknowledgements

Acknowledgements

Description :Please review the following questions and acknowledge by selecting 'Yes' or 'No' in the option boxes below. 1. During the performance evaluation period, did your supervisor discuss the agency's commitment to diversity, inclusion and equity? 2. During the performance evaluation period, did your supervisor advise you as to the City's EEO policy, including sections specific to employee rights and responsibilities? 3. During the performance evaluation period, did your supervisor explain your agency's performance evaluation appeals process?

**1.Agency Commitment to Diversity Acknowledged**  No
**2.EEO Policy Review Acknowledged**  No
**3.Agency's Appeals Process Acknowledged**  No

Created By :   Template

## Section 7 - Employee Comments

**Employee Comments:** These are of discriminatory nature: 1. Geographical discriminatory 2. Retaliation in whistleblowing 3. Deny my working/Project opportunity which is also discriminatory behavior. The performance evaluation 2021 on me from Kira is not fact-based. I suffered discrimination, retaliation, and other unfair treatment. Kira is not willing to have a session with me. The whole 2021 year she never had a meeting with me. She delegated her management to me to Fang, Xueliang who has no formal training in management. This irresponsible behavior is power abuse and leads to public resource wasting. Fang, XueLiang ever retaliated against me on 02/02/2022. He made a false statement to fail me. His words are not true. The words in the evaluation report have the nature of prejudice and discrimination. Also, it lacks progressing view of my works. Kira assigned tasks impossible to finish to me which shows her hostility. She ignored my progresses and achievements. She didn't care how much effort I have spent on the work and the value of the results. The whole evaluation is distorted. Kira Lee didn't discuss the agency's commitment to diversity, inclusion, and equity; she didn't advise me as to the City's EEO policy, including sections specific to employee rights and responsibilities; She didn't explain FDNY performance evaluation appeals process. She made the mistake on my sick leave. It is from 03/10/2021 — 10/01/2021. Some of the words in the Performance Evaluation are defamatory. I invite her to use facts and examples to support her statement. She stripped off my work opportunities to apply my strength and leader role opportunity which is part of my title responsibilits. Attached the following files to the reviewer 1. Appeal_PerfEval2021_Linxu 2. The Excel file on the issues fixed by me for P-CARD application done by me according to my best knowledge 3. P-CARD application current schema design 4. My schema design of the P-CARD application to reflect design principles in the books 5. Screenshot on P-CARD application done by me 6. User Interface design document by the UI designer

## Section 8 - Emp Acceptance of T&S

Employee Signature

Description :Please save your selection by clicking on the below Save Button. (Note that the employee's signature below does not indicate agreement with appraisal-only that it has been communicated to the employee)

- I hereby acknowledge my Tasks and Standards and choose to Sign and Accept

Created By :   Template

## Section 9 - Emp Acceptance of Perf Ratings

**Employee Signature**

Description :Please save your selection by clicking on the 'Acknowledge Review' button below. Note: When selecting 'Sign under Protest', Comment must be provided under 'Employee Comments' section. Although your comments under this section are considered your rebuttal, it does not represent an appeal to the performance evaluation. If you would like to appeal your performance evaluation, you must contact your Human Resources Office. (Note that the employee's signature below does not indicate agreement - only that it has been communicated to the employee.)

- I hereby acknowledge my Performance Evaluation and choose to Sign Under Protest

Created By :   Template

**Tasks & Standards Electronic Signatures & Dates**

| | | |
|---|---|---|
| Employee Name & Date : | Xuchun Lin | 10-MAR-2022 12:06:03 |
| Supervisor Name & Date : | YINGYU LEE | 09-MAR-2022 18:33:11 |
| Reviewer Name & Date : | Kamaldeep Deol | 10-MAR-2022 12:01:43 |

**Performance Evaluation Electronic Signatures & Dates**

| | | |
|---|---|---|
| Employee Name & Date : | Xuchun Lin | |
| Supervisor Name & Date : | YINGYU LEE | 01-APR-2022 10:58:23 |
| Reviewer Name & Date : | Kamaldeep Deol | 04-APR-2022 10:11:23 |
| Acknowledged Name & Date : | | |

Exhibit 13

| | |
|---|---|
| **From:** | Lin, Xuchun (FDNY) <Xuchun.Lin@fdny.nyc.gov> |
| **Sent:** | Wednesday, February 24, 2021 11:19 AM |
| **To:** | Lee, (Yingyu) Kira (FDNY); Fang, Xueliang (FDNY); Dayter, Kristina (FDNY) |
| **Cc:** | Chen, Bo (FDNY); Kharchenko, Steven (FDNY) |
| **Subject:** | RE: Apex request raised by Xuchun |

Thanks Kira.

Actually, this task is out of developer scope according to my current understanding. It is the environment related.

Just like I mentioned two months ago:

**What do I need**
**1. Need to get a confirmation that our APEX platform support REST data services.** ( I need the clarification from RELATED STAFFS/ENGINNERS Who built this infrastructure, not Frank)
**2. Need a simple sample application the fulfill file upload/download to/from UCM, something like the Proof of Concept.**

Thanks again,
Xuchun

**From:** Lee, (Yingyu) Kira (FDNY) <Yingyu.Lee@fdny.nyc.gov>
**Sent:** Wednesday, February 24, 2021 11:12 AM
**To:** Lin, Xuchun (FDNY) <Xuchun.Lin@fdny.nyc.gov>; Fang, Xueliang (FDNY) <Xueliang.Fang@fdny.nyc.gov>; Dayter, Kristina (FDNY) <Kristina.Dayter@fdny.nyc.gov>
**Cc:** Chen, Bo (FDNY) <Bo.Chen@fdny.nyc.gov>; Kharchenko, Steven (FDNY) <Steven.Kharchenko@fdny.nyc.gov>
**Subject:** Re: Apex request raised by Xuchun

Xuchun, if this is required, is the task too difficult for you to take on? Please specify the challenges that you need help with.

Please also clarify what you didn't understand from the env requirements that specified by Frank.

1

Thanks,
Kira

**From:** Lin, Xuchun (FDNY) <Xuchun.Lin@fdny.nyc.gov>
**Sent:** Wednesday, February 24, 2021 11:02:35 AM
**To:** Fang, Xueliang (FDNY) <Xueliang.Fang@fdny.nyc.gov>; Dayter, Kristina (FDNY) <Kristina.Dayter@fdny.nyc.gov>
**Cc:** Lee, (Yingyu) Kira (FDNY) <Yingyu.Lee@fdny.nyc.gov>; Chen, Bo (FDNY) <Bo.Chen@fdny.nyc.gov>; Kharchenko, Steven (FDNY) <Steven.Kharchenko@fdny.nyc.gov>
**Subject:** RE: Apex request raised by Xuchun

Frank,

I didn't get your point. I guessed you asked me to create on TEST environment.

I got the following error on TST.

I mentioned more than two months ago:

**2. Need a simple sample application the fulfill file upload/download to/from UCM, something like the Proof of Concept.**

Could you help on that?

Thanks,
Xuchun

2

Exhibit 14



HTTP Failure

An error occurred during URL invocation.

ORA-29024: Certificate validation failure